# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0484
_____

CLINTON FIELDS,

 Petitioner,

 v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

 Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 1, 2024

PER CURIAM.

Petitioner seeks certiorari review of the circuit court's denial of the writ of mandamus following the circuit court's appellate review of final agency action by the Commission on Offender Review. *See Sheley v. Fla. Parole Comm'n*, 720 So. 2d 216, 217 (Fla. 1998). Because the circuit court provided the petitioner with procedural due process and applied the correct law, the writ is denied on the merits. *See Florida Parole Comm'n v. Taylor*, 132 So. 3d 780, 783 (Fla. 2014); *see also Currie v. Comm'n on Offender Rev.*, 295 So. 3d 339, 340 (Fla. 1st DCA 2020) (denying writ of certiorari; circuit court applied correct law to deny relief on appellate review of Commission's extension of presumptive parole release date based on "new information").

DENIED.

LEWIS, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clinton Fields, pro se, Petitioner.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.